IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER RORABAUGH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-42 |
| | : | |
| COCA-COLA REFRESHMENTS USA, INC. | : | |

### ORDER

AND NOW, this 2nd day of August 2016, it having been reported that this matter has settled, it is **ORDERED**:

1. The Clerk of Court shall **remove this matter from the civil suspense docket**; and,

2. This action is **DISMISSED WITH PREJUDICE**, without costs, under an agreement of counsel and Local Rule of Civil Procedure 41.1(b)[1].

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides that

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).